In the Matter of the Application of FRANK A. BYRNE, Petitioner, for an Order of Certiorari Directed to ABRAHAM KAPLAN and Others, as Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.— Determination of the municipal civil service commission unanimously confirmed and certiorari proceeding dismissed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of Proceeding, in Accordance with Section 90 of the Railroad Law, in Relation to the Laying Out of the Sunrise Highway Extension, Part 3, County Highway, Across the Railroad Operated by the LONG ISLAND RAILROAD COMPANY, Appellant, in the Town of Babylon, Suffolk County. THE STATE DEPARTMENT OF PUBLIC WORKS OF THE STATE OF NEW YORK, Respondent.— Determination of the State Department of Public Works, acting through the Commissioner of Highways, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HOWARD B. LANE, as Administrator, etc., of BENJAMIN LANE, Deceased, Respondent, v. BECKIE SACHS (Also Known as BECKY SACHS), Doing Business under the Firm Name and Style of CAPITOL BAKERY, and ABRAHAM SACHS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ERNEST LIKAY, as Administrator, etc., of MARGARET LIKAY, Deceased, Respondent, v. ARNOLD GOTTESMAN and Others, Appellants.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion referred to Mr. Justice Conway to be heard by him upon the motion papers before Mr. Justice Strong and the proceedings had and testimony taken before Mr. Justice Conway, together with any additional proof that any of the parties may offer, at a time and place to be fixed by him. In our opinion, the order appealed from was improvidently made. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

B. L. MALLOY & Co., INC., Respondent, v. CHARLES J. COHEN and Others, Copartners, Doing Business under the Name of COHEN, SIMONSON & Co., Appellants, Impleaded with Others, Defendants.— Resettled order granting motion for examination and production, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

MARION WALTON McCARTER, Respondent, v. NEW ROCHELLE HOMESTEAD COMPANY, Appellant.— Judgment reversed on the law and the facts, with costs, and judgment directed for the defendant, dismissing the complaint upon the merits, with costs. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made in conformity herewith. The plaintiff took title to this property with full knowledge of the restrictive covenant in question, which was exacted as part of the consideration for the conveyance to her, and it is, therefore, enforcible against her by the defendant in equity. (*Vogeler* v. *Alwyn Improvement Corp.*, 247 N. Y. 131.) Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur. Settle order on notice. [139 Misc. 672.]